In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00021-CV**
_____

**IN THE INTEREST OF H.H.**

═══════════════════════════════════════════════════════

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-231,992**

═══════════════════════════════════════════════════════

**MEMORANDUM OPINION**

This matter is an accelerated appeal, in which *pro se* appellant J.H. appeals the termination of his parental rights to H.H.

Despite written notices from this Court and an opportunity to cure, to date, J.H. has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. A clerk's record has not been filed, and the clerk responsible for preparing the record in this appeal informed the Court that J.H. did not make arrangements to pay for the record. *See* Tex. R. App. P. 37.3(b). On February 8, 2019, we notified the parties that the appeal would be dismissed unless the filing fee

1

was paid or J.H. filed a motion which states the facts relied upon to explain the need for additional time to file the record. J.H. did not respond to the Court's notices.[1]

There being no satisfactory explanation for J.H.'s failure to pay the filing fee for the appeal, and there being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

                    _____

                         LEANNE JOHNSON
                              Justice

Submitted on March 6, 2019
Opinion Delivered March 7, 2019

Before Kreger, Horton, and Johnson, JJ.

---

[1] The address appellant provided with his notice of appeal indicates that he was incarcerated when he filed the notice of appeal. This Court mailed notices to both the address of the facility where appellant was incarcerated and to appellant's last known previous address.